IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | CRIMINAL FILE NO. 1:15-CR-454-TWT |
| ROBERT MARKS, Defendant. | |

**ORDER**

This is a criminal action. It is before the Court on the Report and Recommendation [Doc. 41] of the Magistrate Judge recommending denying the Defendant's Motion to Suppress Statements [Doc. 20] and Motion to Sever [Doc. 19]. The Court approves and adopts the Report and Recommendation as the judgment of the Court. The Defendant's Motion to Suppress Statements [Doc. 20] and Motion to Sever [Doc. 19] are DENIED.

SO ORDERED, this 15 day of December, 2016.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge